## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**OKLAHOMA CITY, OKLAHOMA**

Date: February 17, 2010

| | |
|---|---|
| **KAREN M. POWELL,** | )  |
| **Plaintiff,** | ) ) ) |
| vs. | )  Case No. CIV-09-191-L |
| **MERCY HEALTH CENTER,** a/k/a Mercy Hospital, | ) ) ) ) |
| **Defendants.** | ) |

**ENTER ORDER:**

The settlement conference was held on February 18, 2010, before Magistrate Judge Bana Roberts.  Cynthia D'Antonio appeared on behalf of the Plaintiff as lead trial counsel and Susanna Gattoni appeared on behalf of the Defendants as lead trial counsel.

  X      The case settled.

By direction of Magistrate Judge Bana Roberts, we have entered the above enter order.

                                        Robert D. Dennis, Clerk

                              By:    s/Brandi Currin
                                            Deputy Clerk